CHARLES H. BREEN, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion filed November 10, 1922.

No material or harmful errors of law or procedure being made to appear in the record of the trial, the judgment herein of conviction of murder in the second degree is affirmed.

A Writ of Error to the Circuit Court for Dade County, H. Pierre Branning, Judge.

Affirmed.

*G. A. Worley & Son,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *Marvin C. McIntosh,* Assistant, for the State.

PER CURIUM.—On the authority of Ford v. State, 44 Fla. 421, 33 South. Rep. 301; Davis v. State, 46 Fla. 137, 35 South. Rep. 76; as to the plea in abatement; and of Gee v. State, 61 Fla. 22, 54 South. Rep. 458; Goff v. State, 60 Fla. 13, 53 South. Rep. 327; Owen v. State, 66 Fla. 483, 62 South. Rep. 651; Pitman v. State, 82 Fla. 24, 89 South. Rep. 336; Dixon v. State, 79 Fla. 586, 84 South. Rep. 541; Johnson v. State, 80 Fla. 61, 85 South. Rep. 155; Reeves v. State, 68 Fla. 96, 66 South. Rep. 432; Lewis v. State, and Shuler v. State, decided at this term, and other similar decisions as to harmless error of procedure, the judgment of conviction herein should be affirmed.

At the trial the mental and legal responsibility of the defendant for the homicide were fully investigated., No harmful errors appear in the rulings on the evidence adduced ·or in the charges given. The evidence is amply sufficient to sustain the verdict of murder in the second degree and the judgment of conviction rendered upon the verdict was proper.

The judgment should not be reversed or a new trial granted in any case, civil or criminal, for .errors in rulings upon the admission or rejection of evidence, or for errors in giving or refusing charges, or for errors in any other matter of procedure or practice, unless it shall appear to the Court from a consideration of the entire cause that such errors injuriously affect the substantial rights of the complaining party. Nor should a judgment be reversed or a new trial granted on the ground that the ver-

dict is not sustained by the evidence, unless it appears that there was no substantial evidence to support the finding, or that upon the whole evidence the verdict is clearly wrong, or that the jury were not governed by the evidence in making their finding.

Affirmed.

· BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.